COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON


# ORDER

Appellate case name:  Jim P. Benge, M.D. and Kelsey-Seybold Medical Group PLLC v. Lauren Williams

Appellate case number:  01-12-00578-CV

Trial court case number:  2010-52657

Trial court:       164th District Court of Harris County

   Appellants and appellee have cited websites in their briefs, which were not part of the record below. The parties are ordered to confer concerning whether they agree that the Court may, or may not, take judicial notice of any of the facts stated in the websites. If the parties agree that the Court may take judicial notice of any of the facts stated in the websites, they should so notify the Court no later than **Thursday, June 13, 2013**.

   To the extent that the parties cannot agree on whether the matters are subject to judicial notice, the parties are each ordered to file supplemental briefs that address the propriety of the Court taking judicial notice of any of the facts stated in the web sites. Each supplemental brief or any reply brief shall not exceed seven pages in length. Appellants' and appellee's supplemental briefs, if any, are due no later than **Thursday, June 13, 2013**. Any reply by either appellants or appellee is due no later than **Thursday, June 20, 2013.**

   No further briefs, replies, responses, or sur-replies on any issue may be filed in this case absent good cause after noon on **Tuesday, June 25, 2013**.

   It is so ORDERED.

Judge's signature: s/Harvey Brown
       X Acting individually  ☐ Acting for the Court

Date: June 5, 2013